UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOY BROWN, *et al.*,

     Plaintiffs,                       Case No. 3:24-cv-14

vs.

GREENE COUNTY VOCATIONAL       District Judge Michael J. Newman
SCHOOL DISTRICT BOARD           Magistrate Judge Caroline H. Gentry
OF EDUCATION, *et al.*,

     Defendants.

_____

## ORDER CONDITIONALLY DISMISSING THIS CASE
_____

     The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

     **IT IS SO ORDERED.**

April 1, 2025                        s/*Michael J. Newman*
                                     Hon. Michael J. Newman
                                     United States District Judge